# "UNDER SEAL"

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
[CITY] DIVISION

FILED
CHARLOTTE, NC
MAR 13 2018
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:18cr 96 RSC |
| | ) |
| v. | ) UNDER SEAL |
| | ) **ORDER TO SEAL THE INDICTMENT** |
| **(1) STANLEY REGINALD BARRON, JR., a/k/a Reggie Barron** | ) |
| **(2) KIMBERLIE L. FLEMINGS** | ) |

UPON MOTION of the United States of America, by and through Daniel Ryan, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 13 day of **March, 2018**.

UNITED STATES MAGISTRATE JUDGE