IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00096-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| STANLEY REGINAL BARRON, JR. (1) ) | |
| KIMBERLIE L. FLEMINGS (2), ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion and the motion of STANLEY REGINALD BARRON, JR. (Doc. No. 28) to continue this matter from the August 6, 2018, trial term in the Charlotte Division.

The Court finds, for the reasons stated in the defendant's motion, that he have stated sufficient cause for a continuance in this matter. The Court further finds that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(7)(A).

The Court further finds that the other defendant's case is "joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted," 18 U.S.C. 3161(h)(6), and that failure to continue this matter would result in a miscarriage of justice. 18 U.S.C. 3161(h)(7)(B)(i). The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendants to a speedy trial.

**IT IS, THEREFORE, ORDERED,** that this case as to all defendants who are pending for trial is hereby continued to the October 1, 2018, trial term of Court in the Charlotte Division.

**IT IS FURTHER ORDERED** that counsel will appear for a status conference on September 24, 2018, at 9:30 A.M. in a courtroom to be designated in the Charles R. Jonas Federal Building.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: July 27, 2018

Robert J. Conrad, Jr.
United States District Judge