IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>STANLEY REGINALD BARRON, JR. ) | CASE NO. DNCW3:18CR00096-001<br>(Financial Litigation Unit) |

### ORDER ON MOTION TO ACCEPT EARLY PAYMENT OF MONETARY PENALTIES

**THIS MATTER** comes before the Court upon a joint motion of the parties for an order directing the Clerk of Court to accept pre-payment of the fine and/or restitution in this matter. (Doc. No. 71). For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall accept prepayment of the monetary penalties in this matter in any amount and deposit funds in the non-interest Treasury Registry Fund until entry of Judgment. Upon entry of the Judgment, the Clerk will transfer the funds from the Treasury Registry Fund to the Restitution Fund and distribute the funds in accordance with the terms of the judgment without further order of this Court. Any funds exceeding restitution and other fines ordered in the Judgment will be returned to Defendant.

**IT IS FURTHER ORDERED** that the government shall serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed: January 16, 2019

_____
Robert J. Conrad, Jr.
United States District Judge